UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| BYRON CLARK, | )<br>)<br>) |
| Plaintiff | )<br>) |
| vs. | ) Case No. 3:20-cv-00934-HNJ |
| UNITED OMAHA LIFE<br>INSURANCE COMPANY, | )<br>)<br>)<br>) |
| Defendant | ) |

**O R D E R**

Pursuant to the parties' Joint Stipulation of Dismissal (Doc. 15), it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this case is **DISMISSED WITH PREJUDICE**, without costs to either party.

**DONE** and **ORDERED** this 20th day of April, 2021.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE